393 A.2d 1292

McNeely, Appellant, v. McNeely.

Argued April 17, 1978. John W. McIlvaine, with him Retos, Symons & Clarke, for appellant; Kenneth O. Tompkins, II, for appellee.

Decree affirmed.

393 A.2d 1293

McPherson Appeal.

Argued April 10, 1978. Mark B. Greenblatt, for appellants; Douglas T. Greene and Joseph A. Jaffe, with them Alexander J. Jaffurs, County Sol., for appellees.

Order affirmed.